UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


JOHN BEJARANO,

    Petitioner,                                                  2:98-cv-1016-PMP-RJJ

vs.                                                           **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                       September 26, 2011

    Respondents.
_____/


PRESENT:
THE HONORABLE     PHILIP M. PRO  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   DENNIS M. FARIAS       REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX


      In this capital habeas corpus action, the respondents have filed a motion (docket #174) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated, and requesting that Renee Baker be substituted for her predecessor, E.K. McDaniel, as the respondent warden in this action. Pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker shall be substituted for E.K. McDaniel, as the respondent warden.

      Additionally, the court is informed that the Attorney General of the State of Nevada is Catherine Cortez Masto. *See* Motion for Substitution of Respondent (docket #174) (caption indicates that Catherine Cortez Masto is attorney general). Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Catherine Cortez Masto is substituted for Frankie Sue Del Papa as the respondent attorney general.

**IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Counsel (docket #174) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden; shall substitute Catherine Cortez Masto for Frankie Sue Del Papa, on the docket, as the respondent attorney general; and shall update the caption of the action to reflect these changes.

LANCE S. WILSON, CLERK

By: _____/s/_____
      Deputy Clerk