# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN BEJARANO,

    Petitioner,                        2:98-cv-1016-GMN-NJK

vs.                                     **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,              January 13, 2015

    Respondents.

_____/

PRESENT:
THE HONORABLE <u>GLORIA M. NAVARRO</u>, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  DENNIS M. FARIAS  </u>    REPORTER: <u>  NONE APPEARING  </u>

COUNSEL FOR PETITIONER: <u>  NONE APPEARING  </u>

COUNSEL FOR RESPONDENTS: <u>  NONE APPEARING  </u>

MINUTE ORDER IN CHAMBERS: <u>  XXX  </u>

    This case is reassigned to Chief Judge Gloria M. Navarro for all further proceedings. Judge Philip M. Pro is no longer assigned to the case.

    In addition, this case is reassigned to Magistrate Judge Nancy J. Koppe, as the magistrate judge assigned to the case. Magistrate Judge Robert J. Johnston is no longer assigned to the case.

    All further documents filed in the case must bear the correct case number: 2:98-cv-1016-GMN-NJK.

    **IT IS SO ORDERED.**

                                                               LANCE S. WILSON, CLERK

                                                               By: /s/ Dennis M. Farias
                                                                   Deputy Clerk