RENE VALLADARES
Federal Public Defender
Nevada Bar No. 11789
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
david_anthony@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-5819

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BEJARANO, | 2:98-cv-1016-GMN-NJK |
| Petitioner, | **REQUEST FOR EXTENSION OF TIME TO FILE POINTS AND AUTHORITIES PURSUANT TO THIS COURT'S ORDER OF DECEMBER 8, 2014 (FIRST REQUEST)** |
| vs. | |
| RENEE BAKER, Warden, and ADAM PAUL LAXALT, Attorney General for the State of Nevada, | (Death Penalty Habeas Corpus Case) |
| Respondents. | |

Petitioner John Bejarano hereby requests an extension of time of thirty (30) days, to and including February 16, 2015, within which to file his points and authorities in response to this Court's order, dated December 8, 2014. This request is made and based on the following declaration of counsel. Counsel for Respondents join in this request.

Respectfully submitted this 16th day of January, 2015.

RENEE VALLADARES
Federal Public Defender


*/s/ David Anthony*
David Anthony,
Assistant Federal Public Defender

1

# DECLARATION OF DAVID ANTHONY

1. I am an attorney at law, admitted to practice before this Court, employed as an Assistant Federal Public Defender. I represent the petitioner John Bejarano in this matter.

2. Mr. Bejarano's points and authorities in response to this Court's order, dated December 8, 2014, are currently due on or before January 16, 2015. An extension of time of thirty (30) days is requested, up to and including February 16, 2015, in which to file points and authorities pursuant to the Court's order. This is Mr. Bejarano's first request for an extension of time.

3. I have not been able to complete and file points and authorities in response to this Court's order due to filing deadlines in other capital cases that could not be further extended. On January 7, 2015, I was required to file replies to motions for leave to conduct discovery and for release of federal grand jury materials in the capital case of Bonilla v. Ayers, Case No. 08-cv-00471-YGR. The Bonilla case is a complex capital habeas matter arising out of the Northern District of California and includes federal kidnaping and RICO investigations and a state conviction for capital murder. I had previously sought an extension of time from the federal court to file the replies.

4. On January 22, 2015, I am required to file a reply brief in the Ninth Circuit Court of Appeals in the case of Kirksey v. Baker, Case No. 13-99009, a case with a complex procedural history where the court has certified seven issues for review. I have previously sought an extension of time to file the reply.

5. I am in the process of preparing for a two week evidentiary hearing that is scheduled to begin on March 16, 2015, in Gutierrez v. Cox, Case No. CR94-1795B. The Gutierrez case requires an investigation of the client's background in Mexico, which involves the location and production of several lay witnesses to testify at an evidentiary hearing in Reno, Nevada. The planning and coordination of investigative needs and the international transportation of witnesses in the Gutierrez case has taken a substantial amount of my time.

1  6.    I have contacted Deputy Attorney General Jamie Resch and communicated with
2  him regarding the instant request for an extension of time, and can represent that the
3  Respondents do not oppose the instant request.  The Respondent has requested that its
4  filing deadline for responding to the Court's order also be extended so that its brief is also
5  due on February 16, 2015.
6  7.    This request is made solely for the purpose of protecting Mr. Bejarano's interests,
7  and not solely for the purpose of delay, or for any other improper purpose.
8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed in Clark County, Nevada, on January 16, 2015.

                                          */s/ David Anthony*
                                          David Anthony

## CERTIFICATE OF ELECTRONIC SERVICE

In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, the undersigned hereby certifies that on the 16th day of January, 2015, a true and correct copy of the foregoing REQUEST FOR EXTENSION OF TIME TO FILE POINTS AND AUTHORITIES PURSUANT TO THIS COURT'S ORDER OF DECEMBER 8, 2014 (FIRST REQUEST) was electronically filed, and addressed to counsel as follows:

Adam Paul Laxalt
Nevada Attorney General
Jamie Resch
Office of the Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101

jresch@ag.nv.gov

*/s/ Felicia Darensbourg*
An employee of the Federal Public Defender