UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN BEJARANO,

        Petitioner,                  2:98-CV-01016-GMN-NJK

vs.                                      **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,          August 25, 2015

        Respondents.
_____/

PRESENT:
THE HONORABLE   GLORIA M. NAVARRO   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY      REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING
COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     In this capital habeas corpus action, the respondents have filed a motion asking that Adam Paul Laxalt be substituted for and in place of Catherine Cortez Masto because Laxalt has succeeded Masto as Attorney General for the State of Nevada. ECF No. 184. Good cause appearing under Federal Rule of Civil Procedure 25(d),

     IT IS THEREFORE ORDERED that respondents' motion for substitution of respondent (ECF No. 184) is GRANTED. The clerk of the court shall substitute Adam Paul Laxalt for Catherine Cortez Masto on the docket, as a respondent in this action.

                                                **LANCE S. WILSON, CLERK**

                                              By:   /s/ James R. Barkley
                                                       Deputy Clerk