RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
David_Anthony@fd.org
SANDI Y. CIEL
Assistant Federal Public Defender
California Bar No. 292946
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
Tel:  (702) 388-6577
Fax: (702) 388-5819

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BEJARANO,<br><br>              Petitioner,<br><br>    vs.<br><br>RENEE BAKER, Warden,<br>ADAM PAUL LAXALT,<br>Attorney General of the State<br>of Nevada,<br><br>              Respondents. | Case No.  2:98-cv-1016-GMN-NJK<br><br>**PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO THE OPPOSITION TO MOTION FOR CLARIFICATION AND RECONSIDERATION**<br><br>**(First Request)**<br><br>(Death Penalty Habeas Corpus Case) |

        Petitioner, John Bejarano, hereby requests an extension of time of fourteen

(14) days to file his reply to the State's opposition to his motion for clarification and

/ / /

reconsideration. This request is made and based on the following declaration of counsel.

Respectfully submitted this 24th day of August 2015.

RENE VALLADARES
Federal Public Defender


/s/ David Anthony
DAVID ANTHONY
Assistant Federal Public Defender




**IT IS SO ORDERED**




Gloria M. Navarro, Chief Judge
United States District Court

DATED:  September 1, 2015.

2

**DECLARATION OF DAVID ANTHONY**

1.     I am an attorney at law, admitted to practice before this Court, employed as an Assistant Federal Public Defender.  I represent the petitioner, John Bejarano, in this matter.

2.     Mr. Bejarano's reply to the opposition to his motion for clarification and reconsideration filed by respondents' on August 12, 2015 (ECF No. 188) is currently due on or before August 24, 2015. An extension of time of two (2) weeks is requested, up to and including September 8, 2015 to file the reply. This is Mr. Bejarano's first request for an extension of time.

3.     I have been unable to complete the reply due to filing deadlines in other capital cases that arose over the last ten days that could not be further extended.  When I received opposition, I was working on an opening brief in <u>Smith v. Baker</u>, No. 14-99003, which was filed on August 13, 2015.  I had previously received four extensions of time from the Ninth Circuit Court of Appeals to file the opening brief.

5.     I had a week long evidentiary hearing scheduled in Reno, Nevada, for the week of August 24-28, 2015, in <u>Gutierrez v. Baker</u>, Case No. CR94-1795B, which I had to devote my time and attention to after completing the opening brief in <u>Smith</u>.  On August 17, 2015, I was informed during an in chambers meeting that the court needed to continue the date for the evidentiary hearing.

6.     I was out of the office sick on Tuesday, August 18, 2015.  When I returned on August 19, 2015, I drafted an ex parte motion for reconsideration in Lisle v. Baker, No. 2:03-cv-01006-MMD-CWH, which was filed with the federal court on August 20, 2015.

7.     I am requesting two weeks to file the reply so that I can complete the pleading while also meeting other filing deadlines that cannot further be extended.  I must file a reply brief with the Nevada Supreme Court in the case of Middleton v. Baker, No. 62869, on August 31, 2015, as I have already sought and received an extension of time of sixty-one days to file the reply brief.  I also have a petition for rehearing that must be filed in the Ninth Circuit Court of Appeals on September 8, 2015, in Kirksey v. Baker, No. 13-99009, for which I have already sought one extension of time.

8.     I have contacted counsel for the State, Deputy Attorney General Jamie Resch, regarding the reasons stated above for the instant request for an extension of time, and I am authorized to represent that Respondents do not oppose this request.

9.     This request is made solely for the purpose of protecting Mr. Bejarano's interests, and not for the purpose of delay or any other improper purpose.

/ / /

/ / /

4

I anticipate that I will be able to complete and file the reply within two weeks.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Clark County, Nevada, on August 24, 2015.

 */s/ David Anthony*
David Anthony
Assistant Federal Public Defender

5

1

2

## CERTIFICATE OF ELECTRONIC SERVICE

3

4        In accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure,

5    the undersigned hereby certifies that on the 24th day of August 2015, a true and

6    correct copy of the foregoing **PETITIONER'S UNOPPOSED MOTION FOR AN**

7    **EXTENSION OF TIME TO FILE REPLY TO THE OPPOSITION TO MOTION**

8    **FOR CLARIFICATION AND RECONSIDERATION** was served by the United

9
     States District Court, CM/ECF electronic filing system to:
10

11   Jamie Resch
     Deputy Attorney General
12   jresch@ag.nv.gov

13

14                                _/s/ Felicia Darensbourg_
                                  An employee of the Federal Public Defender
15

16

17

18

19

20

21

22

23

24

25

26

27

28